# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:20−mj−00244 |
| | : | Assigned To : Faruqui, Zia M. |
| v. | : | Assign. Date : 12/4/2020 |
| | : | Description: Complaint w/ Arrest Warrant |
| | : | **VIOLATION:** |
| **BRIAN J. BOOTH,** | : | |
| | : | **18 U.S.C. § 1341** |
| | : | **(Mail Fraud)** |
| **Defendant.** | : | |
| | : | |
| | : | |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until otherwise ordered by the Court.

2. IT IS FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket of the arrest warrant until further order of the Court.

Date:  December 4, 2020                    _____
                                            ZIA M. FARUQUI
                                            UNITED STATES MAGISTRATE JUDGE

cc: Elizabeth Aloi
   Assistant United States Attorney
   United States Attorney's Office
   555 Fourth Street, N.W.
   Washington, D.C. 20530