# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **BRIAN JOSEPH BOOTH,** | : | Violation: |
| | : | |
| Defendant. | : | **18 U.S.C. § 1905** |
| | : | **(Disclosure of Confidential** |
| | : | **Information)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

From on or about July 1, 2020 to on or about December 31, 2020, in the District of Columbia and elsewhere, the defendant BRIAN BOOTH being an officer or employee of the United States and of any department and agency thereof, did publish, divulge, disclose, and make known in any manner and to any extent not authorized by law any information coming to him in the course of his employment and official duties, which information concerns and relates to the trade secrets, processes, operations, style of work, and apparatus, and to the identity, confidential statistical data, amount and source of any income, profits, losses, and expenditures of any person, firm, partnership, corporation, and association; that is, BRIAN BOOTH, being an employee of the Federal Aviation Administration, did disclose in a manner not authorized by law, the identity of individuals who had their aircraft maintenance or piloting privileges revoked.

**(Disclosure of Confidential Information, Generally, in Violation of 18 U.S.C. § 1905)**

                MICHAEL SHERWIN
                Acting United States Attorney
                for the District of Columbia

By:    */s/Elizabeth Aloi*
        Elizabeth Aloi
        NY Bar: 4457651
        Assistant United States Attorney
        Public Corruption and Civil Rights Section
        U.S. Attorney's Office for the District of Columbia
        555 4th Street, N.W.
        Washington, D.C.  20530
        Elizabeth.Aloi@usdoj.gov
        202-252-7212