# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 20-MJ-244 |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| **BRIAN J. BOOTH,** | : | 18 U.S.C. § 1905 |
| | : | (Disclosure of Confidential Information) |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## STATEMENT OF OFFENSE

For purposes of Federal Rule of Criminal Procedure 11(b)(3) and to assist in the determination of the applicable Sentencing Guidelines, the parties stipulate to the following:

1. The FAA issues certificates to licensed pilots and mechanics, which serve as evidence that the certified individual is authorized by the FAA to exercise piloting or aircraft maintenance privileges in the United States. The Transportation Security Administration (TSA) will notify the FAA when a pilot or mechanic has been deemed a security threat, and will request that the FAA revoke the certificates issued to the pilot or mechanic.

2. The Defendant, BRIAN J. BOOTH is an employee in the Enforcement Division of the FAA, in the department that issues letters notifying a pilot or mechanic if his or her certificate has been revoked. BOOTH is responsible for sending the revocation letters which do not contain the basis for the TSA's security threat determination.

3. On July 13, 2020, BOOTH sent an envelope by FedEx overnight mail service to "Emily Haber" at 4645 Reservoir Road, Washington, D.C. 20007. The Embassy of the Federal

Republic of Germany is located at that address and received the envelope. Emily Haber is the German Ambassador to the United States.

4. Inside the envelope was a typed letter addressed to the "Director of Federal Intelligence Service." It stated, in-part:

> "I am an employee of the Federal Aviation Administration in Washington DC…The FAA and the Department of Homeland Security has been tracking a few suspicious people in the last three years … These people are consider [sic] terrorists…The problem right now is that the United States government is not doing a thing about this. If the United States won't do a thing about it, then I will! I have compiled a list of twenty five individuals and companies that are committing terrorist activities against your country! They work for the aviation industry. They are pilots and mechanics who do not go through security checks at airports…I have enclosed the list and the last page of information to pay me! I am selling this information. I am committing Treason and Espionage! I expect to be paid and to seek asylum to your country, no questions asked! The last page gives instructions on how to contact me and payment information."

5. The letter was signed "B.B."

6. Enclosed was a handwritten list of the names and addresses of 25 individuals. Following the list was a handwritten demand for $27.7 million dollars, and instructions for arranging payment. The list of individuals included persons whose certificates to exercise piloting or aircraft maintenance privileges in the United States had been revoked by the FAA.

7. Booth had access to the identity of these individuals because of the nature of his employment with the FAA. The identity of the individuals was not publicly available, and BOOTH was not authorized to release their names.

8. Similar letters were sent to the French Embassy and the Embassy of the People's Republic of China.

## **Conclusion**

9. This Statement of Offense establishes that the Defendant disclosed confidential information, in violation of 18 U.S.C. §1905.

Respectfully submitted,

MICHAEL SHERWIN
Acting United States Attorney
for the District of Columbia

By:   /s/
Elizabeth A. Aloi
Assistant United States Attorney
Public Corruption and Civil Rights Section
U.S. Attorney's Office for the District of
Columbia

## Defendant's Acceptance

I have read this Statement of the Offense and carefully reviewed every part of it with my counsel. I am fully satisfied with the legal services provided by my counsel in connection with this Statement of the Offense and all matters relating to it. I fully understand this Statement of the Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: Feb 3, 2021              _Brian Booth_
                                Brian J. Booth
                                Defendant

## Defense Counsel's Acknowledgment

I have reviewed every part of this Statement of the Offense with my client. It accurately and completely sets forth the Statement of the Offense agreed to by the Defendant and the Office of the United States Attorney for the District of Columbia.

Date: February 4, 2021          _Ubong E. Akpan_
                                Ubong Akpan
                                Counsel for Defendant

5